ORIGINAL

FILED
JUN 17 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

ALL FLORIDA NETWORK CORP., )
Plaintiff, )
vs. )
THE UNITED STATES, )
Defendant. )

Case No. 08-441 C

(Judge ________________)

## PLAINTIFF'S NOTICE OF RELATED CASES[1]

Pursuant to RCFC 40.2, Plaintiff notifies the Court of the following related cases:

1. *Premier Medical Supplies, Inc., et al. v. Michael O. Leavitt, Sect. of the Dep't of Health and Human Services, in his official capacity, and Kerry Weems, Acting Admin. of the Centers for Medicare and Medicaid Services, in his official capacity*, United States District Court for the Northern District of Ohio, Eastern Division (Case No. 1:07 – CV – 3809).

2. Scooters Unlimited and DME, Inc., et al. v. *Michael O. Leavitt, Sect. of the Dep't of Health and Human Services, in his official capacity, and Kerry N. Weems, Acting Admin. of the Centers for Medicare and Medicaid Services, in his official capacity*, United States District Court for the Northern District of Texas, Dallas Division (Case No. 3:08 – CV – 00980).

3. American Ass'n for HomeCare, et al. v. *Michael O. Leavitt, in his official capacity as Sect. of the Dep't of Health and Human Services, and Kerry Weems, in his official capacity as Acting Admin. of the Centers for Medicare & Medicaid Services*, United States District Court for the District of Columbia (Case No. 1:08 – CV – 00992 – RMU).

[1] It is not clear whether the federal district court cases mentioned herein are "directly related" to the instant action within the meaning of RCFC 40.2. In an abundance of caution, Plaintiff lists them herein.



de la O ▪ Marko ▪ Magolnick ▪ Leyton
TELEPHONE 305/285-2000 3001 S.W. 3RD AVENUE, MIAMI, FLORIDA 33129 FACSIMILE 305/285-5555

**DATED:** 06.16.08.

Respectfully submitted,

**DE LA O, MARKO, MAGOLNICK & LEYTON**
Attorneys for Plaintiff
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: 305.285.2000
Facsimile: 305.285.5555

By: ______________________
**David E. Marko**
Florida Bar No. 0939633
marko@dmmllaw.com
**Daniel L. Leyton ***
Florida Bar No. 0061824
leyton@dmmllaw.com

**KRAVITZ & TALAMO**
Attorneys for Plaintiff
7600 W 20th Avenue
Suite 213
Hialeah, Florida 33016
Telephone: 305.558.5300
Facsimile: 305.557.1934

By: ______________________
**Javier Talamo ***
Florida Bar No. 0721808
javier_talamo@yahoo.com

---

* Motions for Messrs. Leyton and Talamo to appear *pro hac vice* before this Court are forthcoming.