ORIGINAL

FILED
JUN 17 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

ALL FLORIDA NETWORK CORP.,
Plaintiff,
vs.
THE UNITED STATES,
Defendant.

Case No. 08-441 C

(Judge __________)

## DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff hereby states that it is a nongovernmental corporate party that (a) does not have any parent corporation and (b) further states that there is no publicly held corporation that owns 10% or more of Plaintiff's stock.

**DATED:** 06.16.08.

Respectfully submitted,

**DE LA O, MARKO,**
**MAGOLNICK & LEYTON**
Attorneys for Plaintiff
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: 305.285.2000
Facsimile: 305.285.5555

By: __________
**David E. Marko**
Florida Bar No. 0939633
marko@dmmllaw.com
**Daniel L. Leyton** *
Florida Bar No. 0061824
leyton@dmmllaw.com

**KRAVITZ & TALAMO**
Attorneys for Plaintiff
7600 W 20th Avenue
Suite 213
Hialeah, Florida 33016
Telephone: 305.558.5300
Facsimile: 305.557.1934

By: __________
**Javier Talamo** *
Florida Bar No. 0721808
javier_talamo@yahoo.com

* Motions for Messrs. Leyton and Talamo to appear *pro hac vice* before this Court are forthcoming.