# In the United States Court of Federal Claims

Case No. 08-441C
(Filed: June 17, 2008)

*****************************************************
ALL FLORIDA NETWORK CORPORATION *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** (on the record) is scheduled for **10:00 a.m.**, on Thursday, **June 19, 2008.** The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge