**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| ALL FLORIDA NETWORK CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-441 C |
| | ) | |
| vs. | ) | |
| | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ______________________________ | ) | |

## APPENDIX

Respectfully submitted,

**DE LA O, MARKO,**
**MAGOLNICK & LEYTON**
Attorneys for Plaintiff(s)
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

By: /S/ David Everett Marko
**David Everett Marko**
Florida Bar No. 0939633
marko@dmmllaw.com
**Daniel L. Leyton**
Florida Bar No. 0061824
leyton@dmmllaw.com

## INDEX

**DOCUMENTS** **PAGE**

42 U.S.C. 1395W-3 ........ 1-11

42 C.F.R. 414.414 ........ 12-14

CMS Letter dated 3/20/2008 ........ 15-17

CMS Email dated 4/21/2008 ........ 18

Affidavit of Rodolfo Hernandez, Jr. ........ 19-25

Affidavit of Jack Marquez ........ 26-97

Affidavit of Mark Higley ........ 98-122

Affidavit of Javier Talamo ........ 123-124

Affidavit or Rogelio Ribas ........ 125-126

Affidavit of Walter Permuy ........ 127-128

Affidavit of Claudia Lama ........ 129-130

Affidavit of Jose A. Gonzalez ........ 131-132

Affidavit of Ryan M. Ruskin ........ 133-134

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served this day on all counsel of record and pro se parties identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized matter for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

David D'Alessandris, Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
David D'Alessandris@usdoj.gov

/s/ David Everett Marko
David Everett Marko