| | |
|---|---|
| D.D. & G. Rental Equipment, Inc | service Coral Gables, FL area |
| Dubrock Medical Equipment, Inc | service Miami zip 33172 area |
| Baizan Medical Equipment, Inc | service Miami zip 33172 area |
| Tebar Medical Supplies and Equipment | service Miami zip 33172 area |
| Versailles Home Health Medical Equipment | service Hialeah, FL area |
| Doctor's Choice, Inc | service Miami 33155 area |
| Ambulatory and Professional Medical Eq. | service Miami zip 33172 area |
| Dependable Medical Supply | service Tamarac, FL area |
| Doctors Medical Rentals Corp. | service Miami Lakes, FL area |
| R.A. Home Medical Equipment | service Miami zip 33135 area |
| Professional Medical | service Pine Crest Area |

| HCPCS Code | Item Description | Rental or Purchase | Product Weight | Total Estimated Capacity | Manufacturer | Model Name | Models to be Provided | Bid Price |
|---|---|---|---|---|---|---|---|---|
| E0250 | Hosp bed fixed ht w/ mattres | Purchase | 0.0179047386 | 26 | Invacare - Manual Bed Package - BED-30IVC<br>Medline - manuel - MDR107000<br>VPI HME Provider - manuel - VP1231-4<br>Medline - fixed-height bed - MDR1551NP | | | 694.03 |
| E0251 | Hosp bed fixd ht w/o mattres | Purchase | 0.0001819797 | 18 | Invacare - Manual Bed - 5307IVC<br>VPI HME Provider - manuel - VP1231-4<br>Medline - manuel - MDR107000<br>Medline - Fixed height - MDR1551 | | | 675.0 |
| E0255 | Hospital bed var ht w/ mattr | Purchase | 0.0347598952 | 132 | Invacare - Manual Bed Package - BED-30IVC<br>VPI HME Provider - Multi-height manuel bed - VP1231-4<br>Medline - manual bed package - MDR107000 | | | 775.0 |
| E0256 | Hospital bed var ht w/o matt | Purchase | 0.0005185710 | 18 | Invacare - Manual bed - 5307IVC<br>Medline - manual bed package - MDR107000<br>VPI HME Providers - Multi-height manual bed - VP1231-4 | | | 705.0 |
| E0260 | Hosp bed semi-electr w/ matt | Purchase | 0.7708492018 | 4365 | Invacare - Semi-elec. bed package - BED-28IVC<br>Medline - semi-elec. bed package - MDR107002<br>Probasic - Semi-elec. bed package - HB1D<br>VPI HME Providers - Semi-elec. bed package - VP1232-4<br>Drive - Semi-elec.bed package - 15030, 15019, 15007 | | | 850.0 |
| E0261 | Hosp bed semi-electr w/o mat | Purchase | 0.0234600947 | 103 | Invacare - Semi-electric bed - 5310IVC<br>Medline - semi-elec. bed - MDR107002<br>Probasic - semi-elec. bed - HB1D<br>VPI HME Providers - semi-elec. bed - VP1232-4<br>Drive - semi-electric bed - 15030, 15230, 15004 | | | 805.0 |
| E0265 | Hosp bed total electr w/ mat | Purchase | 0.0096498988 | 18 | Invacare - Full Electric Bed Package - BED-28IVC<br>Medline - full elec. bed package - MDR107003<br>VPI HME Provider - full elec. bed package - VP1213-4<br>Probasic - full elec. bed package - HB3D<br>Drive - full electric bed package - 15235, | | | 1294.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 15019, 15007 | |
| E0266 | Hosp bed total elec w/o matt | Purchase | 0.0000241692 | 18 | Invacare - Full Electric Bed - 5410IVC<br>Medline - full elec. bed - MDR107003<br>Probasic - full elec. bed - HM3D<br>VPI HME Provider - full elec. bed - VP1213-4<br>Drive - full elec. bed - 15235. 15033, 15005 | 1193.4 |
| E0271 | Mattress innerspring | Purchase | 0.0149855998 | 18 | Invacare - Deluxe Innerspring Mattress 84 - 5085-84<br>King bedding - Innerspring mattress - E0271<br>Medline - Innerspring - MDT230480A<br>Probasic - Inner Spring Mattress - HBMATC<br><br>Medline - Split spring beds - MDR230980B | 151.22 |
| E0272 | Mattress foam rubber | Purchase | 0.0054394862 | 18 | APM - Deluxe Foam Mattress - HB10200<br>Span America - Geo-mattress - PR8035-13<br>KING BEDDING - FOAM MATTESS - E0272<br>Medline - Odyssey - MDT230380A | 156.74 |
| E0280 | Bed cradle | Purchase | 0.0006923758 | 18 | Posey - Bed Cradle - 6430 | 30.85 |
| E0290 | Hosp bed fx ht w/o rails w/m | Purchase | 0.0002409809 | 18 | Invacare - Manual Bed Package - BED-30IVC | 619.34 |
| E0291 | Hosp bed fx ht w/o rail w/o | Purchase | 0.0000323440 | 18 | Invacare - Manual Bed - 5307IVC | 463.22 |
| E0292 | Hosp bed var ht w/o rail w/o | Purchase | 0.0001834014 | 18 | Invacare - Manual Bed - 5307IVC | 664.54 |
| E0293 | Hosp bed var ht w/o rail w/ | Purchase | 0.0000529589 | 18 | Invacare - Manual Bed Package - BED-30IVC | 582.36 |
| E0294 | Hosp bed semi-elect w/ mattr | Purchase | 0.0019203832 | 18 | Invacare - Semi-electric package - BED-28IVC | 899.09 |
| E0295 | Hosp bed semi-elect w/o matt | Purchase | 0.0013122441 | 18 | Graham Field - Semi-electric bed - WL0208 | 875.83 |
| E0296 | Hosp bed total elect w/ matt | Purchase | 0.0000071086 | 18 | Graham Field - Whisperlite II Low Bed - WL0658-PKGSPRG | 1167.79 |
| E0297 | Hosp bed total elect w/o mat | Purchase | 0.0000014217 | 18 | Graham Field - Whisper Lite Full Electric - WL0408 | 994.78 |
| E0300 | Enclosed ped crib hosp grade | Purchase | 0.0000142172 | 18 | Not Available - See Notes - No SADMERC | 2466.64 |
| E0301 | HD hosp bed, 350-600 lbs | Purchase | 0.0005633551 | 18 | Invacare - IVC Bariatric Bed - BAR600IVC<br>Probasic - Bariatric bed - HB4<br>Drive - HD hospital bed - 15300-1HR, 15300BV-1<br>VPI HME Providers - bariatric bed - VP1243-4 | 2228.76 |
| E0302 | Ex hd hosp bed > 600 lbs | Purchase | 0.0000220366 | 18 | Invacare - Bariatric Bed - BAR1000<br>Drive - Extra Heavy duty hospital bed - 15302-1HR, 15302BV-1 | 6071.15 |
| E0303 | Hosp bed hvy dty xtra wide | Purchase | 0.0073150854 | 18 | Invacare - Bariatric Bed Package - BARPKGIVC<br>Drive - heavy duty extra wide - 15302-1HR, 15302BV-1 | 2376.66 |
| E0304 | Hosp bed xtra hvy dty x wide | Purchase | 0.0002747467 | 18 | Invacare - Bariatric Bed Package - BARPKG750<br>Drive - extra hvy duty extra wide - 15302-Pkg-15302BV-PK | 6414.77 |
| E0305 | Rails bed side half length | Purchase | 0.0006795804 | 18 | Invacare - Reduced Gap Half-Length Bed Rl - 6630<br>Probasic - four bar half rails - 7035-4<br>Medline - half rails - MDS89697 | 121.18 |
| E0310 | Rails bed side full length | Purchase | 0.0023383677 | 18 | Invacare - Reduced Gap Full-Length Bed Rl - 6629<br>Medline - siderail - MDS89690<br>Probasic - Full-length bed rails - 6034 | 140.06 |
| E0316 | Bed safety enclosure | Purchase | 0.0001201350 | 18 | Posey Co. - Posey Bed Enc. Safety System - 8000 | 1786.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| E0910 | Trapeze bar attached to bed | Purchase | 0.0862373960 | 65 | Graham Field - Versa-Helper Trapeze - 2800GA<br>Probasic - Trapeze - 0035<br>Medline - fixed offset trapeze bar - MDS80615T | 163.36 |
| E0911 | Trapeze bar heavy duty attached to bed | Purchase | 0.0001691842 | 18 | Gendron - Over Bed trapeze and frame - 4045 | 407.9 |
| E0912 | Trapeze bar heavy duty free standing | Purchase | 0.0008942595 | 18 | Graham Field - Bariatric Trapeze - 2940B<br>Drive - Trapeze bar Heavy duty - 13049 | 957.39 |
| E0940 | Trapeze bar free standing | Purchase | 0.0191547826 | 48 | Graham Field - Versa Helper/Floor Stand - 2800GA/2840A<br>Drive - trapeze bar free standing - 13017<br>Probasic - trapeze bar with base - 1035, 0035 | 249.23 |

**Form Approved OMB No. 0938-1016**

CLOSE

CMS COMPETITIVE BID SUBMISSION SYSTEM

# MEDICARE DMEPOS COMPETITIVE BIDDING PROGRAM

**For CMS Use Only**

Bidder No : **1000155** Date Application Received :

Competitive Bid Area : **Miami-Fort Lauderdale-Miami Beach, FL**

**Supplier's Identifying Information**

Supplier's Legal Business Name: **CHORI CORP** Primary Supplier's Legal Business Name (if appli

**FORM B: BIDDING SHEET FOR Miami-Fort Lauderdale-Miami Beach, FL - Enteral Nut Formulas,Pumps,and Supplies**

Individual Form MUST be submitted for each Product Category. Primary Supplier Completes for Netv
Information supplied must be aggregate information for the Network.

| | | | |
|---|---|---|---|
| 0-250,000 | 250,000 - 500,000 | 500,000 - 750,000 | 750,000 - 1 million |
| 1 million - 3 million | 3 million - 6 million | 6 million - 10 million | more than 10 millic |

| | | | | |
|---|---|---|---|---|
| 0-10% | 11-20% | 21-30% | 31-40% | 41-50% |
| 51-60% | 61-70% | 71-80% | 81-90% | 91-100% |

| | | | | |
|---|---|---|---|---|
| 0-25 | 26-50 | 51-75 | 76-100 | |
| 101-300 | 301-500 | 501-750 | 751-1000 | more than 100 |

| | | | | |
|---|---|---|---|---|
| 0-10% | 11-20% | 21-30% | 31-40% | 41-50% |
| 51-60% | 61-70% | 71-80% | 81-90% | 91-100% |

Counties: Broward, Hendry, Martin, Miami-Dade, Palm Beach

Zipcodes:

| HCPCS CODE | NO. OF TOTAL UNITS PROVIDED | NO. OF UNITS PROVIDED TO MEDICARE BENEFICIARIES |
|---|---|---|
| B4035 | 70000 | 32000 |
| B4150 | 1150000 | 500000 |
| B4154 | 210000 | 96000 |

| | Current | Expansion Plan |
|---|---|---|
| Staff (manpower) | 158 | 185 |
| Financing (funding levels) | $6,428,600 | $8,357,180 |
| Facilities (square footage, facility) | 32 facilities, 118,720 sq ft | 35 facilities 130,000 sq ft |
| Inventory Control (method of tracking inventory) | manual | computer bar-code system |
| Distribution Methods (vehicles, mail order) | 62 vehicles, Mail Order: UPS/USPS | 75 vehicles Mail order: UPS/USPS/FedEx/DHL |
| Other_ null _ | null | null |

| Legal Name | Expected Function |
|---|---|
| A&C Medical Rental | service Miami zip 33135 |
| Ambulatory and Professional Medical Eq. | service Miami zip 33172 |
| Baizan Medical Equipment Inc | service Miami zip 33172 |

| | |
|---|---|
| Bi County Medical Supply | service Miami zip 33016 |
| D.D.&G. Rental Equipment Inc | service Coral Gables, FL area |
| Dependable Medical Supply | service Tamarac, FL area |
| Doctor's Choice | service Miami zip 33155 |
| Doctors Medical Rentals Corp. | service Miami Lakes, FL area |
| Dubrock Medical Equipment Inc | service Miami zip 33172 |
| Jorcyn Medical Services Inc | service Virginia Gardens, FL area |
| R.A. Home Medical Equipment Inc. | service Miami zip 33135 |
| Superior Care Medical Supplies | service Medley, FL area |
| Tebar Medical Supplies & Equipment | service Miami zip 33172 |
| Versailles Home Health Medical Equipment | service Hialeah, FL area |

## FORM B: BIDDING SHEET

**SUPPLIER'S IDENTIFYING INFORMATION**

SUPPLIER BIDDER NO. **1000155**

PRIMARY SUPPLIER'S LEGAL BUSINESS NAME (IF APPLICABLE) :

SUPPLIER'S LEGAL BUSINESS NAME: **CHORI**

| HCPCS Code | Item Description | Rental or Purchase | Product Weight | Total Estimated Capacity | Manufacturer | Model Name | Models Provi |
|---|---|---|---|---|---|---|---|
| B4034 | Enter feed supkit syr by day | Purchase | 0.0123856160 | 20500 | Medline - Feeding/Irrigation Syringe - DYND70641 | | |
| B4035 | Enteral feed supp pump per d | Purchase | 0.0383174109 | 41000 | Kendall - 1000ml Pump Set - 713650 | | |
| B4036 | Enteral feed sup kit grav by | Purchase | 0.0049994448 | 17000 | Medline - Gravity Feeding Set - ENT70! | | |
| B4081 | Enteral ng tubing w/ stylet | Purchase | 0.0000015972 | 4100 | Ross - FlexFlow Enteral Feeding Tube - | | |
| B4082 | Enteral ng tubing w/o stylet | Purchase | 0.0000023225 | 3700 | Ross - FlexiFlow Feeding Tube - 00477 | | |
| B4083 | Enteral stomach tube levine | Purchase | 0.0000016404 | 3600 | Kendall - Stomach Tube - 155710 | | |
| B4086 | Gastrostomy/jejunostomy tube | Purchase | 0.0001095402 | 2600 | Ross - Easy Feed Gastro Tube - 50112 | | |
| B4149 | EF blenderized foods | Purchase | 0.0032133805 | 18500 | Novartis - Compleat - 14010000 | | |
| B4150 | EF complet w/intact nutrient | Purchase | 0.5049960396 | 1150000 | Novartis - Boost - Depends on flavor | | |
| B4152 | EF calorie dense>/=1.5Kcal | Purchase | 0.1840815263 | 122000 | Novartis - Boost Plus - depends on flav | | |
| B4153 | EF hydrolyzed/amino acids | Purchase | 0.0152416041 | 42000 | Novartis - Tolerex - 04580500 | | |
| B4154 | EF spec metabolic noninherit | Purchase | 0.2310759603 | 205000 | Novartis - Boost Diabetic - depends on | | |
| B4155 | EF incomplete/modular | Purchase | 0.0054088251 | 41000 | Novartis - Boost Breeze - 27030200 | | |
| B9000 | Enter infusion pump w/o alrm | Purchase | 0.0000027239 | 700 | NA - See Notes - NA | | |
| B9002 | Enteral infusion pump w/ ala | Purchase | 0.0000624843 | 6500 | Kendall - Kangaroo EPump - 382400 | | |
| E0776 | Iv pole | Purchase | 0.0000998838 | 2100 | Attentus - IV Pole - MDS129 | | |

**Form Approved OMB No. 0938-1016**

CMS COMPETITIVE BID SUBMISSION SYSTEM

CAT 9 walkers

# MEDICARE DMEPOS COMPETITIVE BIDDING PROGRAM

## For CMS Use Only

Bidder No : **1000155** Date Application Received :
Competitive Bid Area : **Miami-Fort Lauderdale-Miami Beach, FL**

## Supplier's Identifying Information

Supplier's Legal Business Name: **CHORI CORP** Primary Supplier's Legal Business Name (if applicable) :

**FORM B: BIDDING SHEET FOR Miami-Fort Lauderdale-Miami Beach, FL - Walkers**

Individual Form MUST be submitted for each Product Category. Primary Supplier Completes for Network.
Information supplied must be aggregate information for the Network.

| | | | |
|---|---|---|---|
| 0-250,000 | 250,000 - 500,000 | 500,000 - 750,000 | 750,000 - 1 million |
| 1 million - 3 million | 3 million - 6 million | 6 million - 10 million | more than 10 million |

| | | | | |
|---|---|---|---|---|
| 0-10% | 11-20% | 21-30% | 31-40% | 41-50% |
| 51-60% | 61-70% | 71-80% | 81-90% | 91-100% |

| | | | | |
|---|---|---|---|---|
| 0-25 | 26-50 | 51-75 | 76-100 | |
| 101-300 | 301-500 | 501-750 | 751-1000 | more than 1000 |

| | | | | |
|---|---|---|---|---|
| 0-10% | 11-20% | 21-30% | 31-40% | 41-50% |
| 51-60% | 61-70% | 71-80% | 81-90% | 91-100% |

Counties: Broward, Hendry, Martin, Miami-Dade, Palm Beach

Zipcodes:

| HCPCS CODE | NO. OF TOTAL UNITS PROVIDED | NO. OF UNITS PROVIDED TO MEDICARE BENEFICIARIES |
|---|---|---|
| E0135 | 972 | 268 |
| E0143 | 4437 | 2148 |
| E0156 | 403 | 136 |

| | Current | Expansion Plan |
|---|---|---|
| Staff (manpower) | 158 | 185 |
| Financing (funding levels) | 6,428,600 | 8,357,180 |
| Facilities (square footage, facility) | 32 facilities 118,720 sq ft | 35 facilities 130,000 sq ft |
| Inventory Control (method of tracking inventory) | manual | electronic bar-code systems |
| Distribution Methods (vehicles, mail order) | Vehicles: 62 Mail-order: UPS/USPS | Vehicles: 75 Mail-order: UPS/USPS/DHL/FedEx |
| Other__null__ | null | null |

| Legal Name | Expected Function |
|---|---|
| Jorcyn Medical Services | service Virginia Gardens, FL |
| Superior Care Medical Supplies | service Medley, FL area |
| Bi County Medical Supply | serving Miami zip 33016 |
| A&C Medical Rental | serving Miami zip 33135 |
| D.D.&G. Rental Equipment Inc | Serving Coral Gables, FL |

| | |
|---|---|
| Dubrock Medical Equipment Inc | Serving Miami zip 33172 |
| Baizan Medical Equipment Inc | serving Miami zip 33172 |
| Tebar Medical Supplies and Equipment | serving Miami zip 33172 |
| Versailles Home Health Medical Equipment | serving Hialeah, FL area |
| Doctor's Choice | serving Miami zip 33155 |
| Ambulatory and Professional Med. Equip. | serving Miami zip 33172 |
| Dependable Medical Supply | serving Tamarac, FL area |
| Doctors Medical Rentals Corp. | service Miami Lakes, FL |
| R.A. Home Medical Equipment, Inc. | service Miami zip 33135 |
| Professional Medical | service Pine Crest Area |

| HCPCS Code | Item Description | Rental or Purchase | Product Weight | Total Estimated Capacity | Manufacturer | Model Name | Models to be Provided | Bid Price |
|---|---|---|---|---|---|---|---|---|
| A4636 | Handgrip for cane etc | Purchase | 0.0003747787 | 44 | Drive Medical - Replacement Quad Cane HandGrip - 10338B<br>Southwest Technologies - Hand grip - SWTCRPD31 | | | 3.15 |
| A4637 | Repl tip cane/crutch/walker | Purchase | 0.0036547504 | 18 | Drive Medical - Replacement Cane Tip - 10322-2<br>Invacare - Crutch tip - INV6134<br>Invacare - Crutch tips - INV6135<br>Invacare - Cane tips - INV408504<br>Invacare - Cane tip - INV408524<br>Invacare - Cane tips - INV408534<br>Medline - Replacement tips for walkers - MDS86615T | | | 1.58 |
| E0130 | Walker rigid adjust/fixed ht | Purchase | 0.0015448430 | 18 | TFI Healthcare - Universal Stroke Walker - 2112<br>Medline - Rigid walker - MDS 86204 | | | 54.03 |
| E0135 | Walker folding adjust/fixed | Purchase | 0.1089049783 | 330 | Graham Field - Single Release Folding Walker - 605070A<br>VPI HME Providers - Dual Release - VP-6006<br>Probasic - Sure Lever Release - 1080<br>Medline - Two-Button Walker - MDS86410 | | | 65.74 |
| E0140 | Walker w trunk support | Purchase | 0.0001920412 | 18 | Mulholland Positioning Systems - Walkabout Adult - WA4 | | | 280.2 |
| E0141 | Rigid wheeled walker adj/fix | Purchase | 0.0118041240 | 18 | Drive Medical - Glider Walker - 10219C-2 | | | 81.95 |
| E0143 | Walker folding wheeled w/o s | Purchase | 0.6807428974 | 2580 | Drive - Clever Walker w/wheels - 10237-2<br>Probasic - Sure Lever Release - 1085<br>VPI HME Providers - Dual Release 3" Wheels - VP-6006AW3<br>VPI HME Providers - Dual Release 5" Wheels - VP-6006AW5<br>Medline - Two-Button Walker w/wheels - MDS86410W | | | 65.0 |
| E0144 | Enclosed walker w rear seat | Purchase | 0.0005907811 | 18 | Merry Walker - Merry Walker Ambulitation Devi - 211024 Medium | | | 253.84 |
| E0147 | Walker variable wheel resist | Purchase | 0.0014586527 | 18 | Winmed/Drive Medical - Dannie Walker - 720 | | | 452.8 |
| E0148 | Heavyduty walker no wheels | Purchase | 0.0032028217 | 18 | Graham Field - Dual Release Ex. Wide Folding - 604070A<br>Probasic - Bariatric Walker - 1090 | | | 103.47 |
| E0149 | Heavy duty wheeled walker | Purchase | 0.0064350464 | 18 | Graham Field - Walkabout 4-wheel rollator - RJ4400K<br>Probasic - Bariatric Walker Wheels 5" - 1957 | | | 180.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| E0154 | Walker platform attachment | Purchase | 0.0149621829 | 23 | Drive - Univ. Plat. walker/crutch att. - 10222PA | 50.51 |
| E0155 | Walker wheel attachment,pair | Purchase | 0.0304823208 | 34 | Drive - Uni. walker wheels w/rear glid - 10111<br>Medline - 3" wheels pair - MDS86615W<br>Medline - 5" wheels pair - MDS86615W5<br>Probasic - 3" wheels pair - 1051<br>Probasic - 5" wheels pair - 9057 | 24.12 |
| E0156 | Walker seat attachment | Purchase | 0.1309950655 | 162 | Drive Medical - Replacement Seat - Depends on walker<br>Probasic - Seat for Walker - 1026 | 18.85 |
| E0157 | Walker crutch attachment | Purchase | 0.0004481545 | 18 | No Approved SADMERC - NA - NA | 59.62 |
| E0158 | Walker leg extenders set of4 | Purchase | 0.0025464763 | 18 | Medline - Walker extension legs - MDS86615E<br>Probasic - Extension legs - 1049 | 23.42 |
| E0159 | Brake for wheeled walker | Purchase | 0.0016600852 | 45 | Drive - Rear Glide Brakes - 10104<br>VPI HME Providers - Brakes for walker - VP-430L-6A<br>Probasic - Glide Brakes - 1055 | 15.74 |

**Form Approved OMB No. 0938-1016**

CLOSE

CMS COMPETITIVE BID SUBMISSION SYSTEM

Cat 10 surgical

# MEDICARE DMEPOS COMPETITIVE BIDDING PROGRAM

**For CMS Use Only**

Bidder No : **1000155** Date Application Received :

Competitive Bid Area : **Miami-Fort Lauderdale-Miami Beach, FL**

**Supplier's Identifying Information**

Supplier's Legal Business Name: **CHORI CORP** Primary Supplier's Legal Business Name (if applicable) :

**FORM B: BIDDING SHEET FOR Miami-Fort Lauderdale-Miami Beach, FL - Negative Pressure Wound Therapy Devices and Accessories**

Individual Form MUST be submitted for each Product Category. Primary Supplier Completes for Network. Information supplied must be aggregate information for the Network.

| | | | |
|---|---|---|---|
| 0-250,000 | 250,000 - 500,000 | 500,000 - 750,000 | 750,000 - 1 million |
| 1 million - 3 million | 3 million - 6 million | 6 million - 10 million | more than 10 million |

| | | | | |
|---|---|---|---|---|
| 0-10% | 11-20% | 21-30% | 31-40% | 41-50% |
| 51-60% | 61-70% | 71-80% | 81-90% | 91-100% |

| | | | | |
|---|---|---|---|---|
| 0-25 | 26-50 | 51-75 | 76-100 | |
| 101-300 | 301-500 | 501-750 | 751-1000 | more than 1000 |

| | | | | |
|---|---|---|---|---|
| 0-10% | 11-20% | 21-30% | 31-40% | 41-50% |
| 51-60% | 61-70% | 71-80% | 81-90% | 91-100% |

Counties: Broward, Hendry, Martin, Miami-Dade, Palm Beach

Zipcodes:

| HCPCS CODE | NO. OF TOTAL UNITS PROVIDED | NO. OF UNITS PROVIDED TO MEDICARE BENEFICIARIES |
|---|---|---|
| A6550 | 18 | 0 |
| A7000 | 18 | 0 |
| E2402 | 18 | 0 |

| | Current | Expansion Plan |
|---|---|---|
| Staff (manpower) | 158 | 185 |
| Financing (funding levels) | $6,428,600 | $8,357,180 |
| Facilities (square footage, facility) | null | null |
| Inventory Control (method of tracking inventory) | null | null |
| Distribution Methods (vehicles, mail order) | null | null |
| Other__null__ | null | null |

| Legal Name | Expected Function |
|---|---|
| PROFESSIONAL MEDICAL EQUIPMENT | MIAMI-DADE AREAS AND BROWARD AREAS |

PRIMARY SUPPLIER'S LEGAL BUSINESS NAME (IF APPLICABLE) :

SUPPLIER'S LEGAL BUSINESS NAME: **CHORI CORP**

| HCPCS Code | Item Description | Rental or Purchase | Product Weight | Total Estimated Capacity | Manufacturer | Model Name | Models to be Provided | Bid Price |
|---|---|---|---|---|---|---|---|---|
| A6550 | Neg pres wound ther drsg set | Purchase | 0.9351832065 | 18 | Blue Sky - Miller Dermivex - 500.7026 | | | 23.0 |
| A7000 | Disposable Canister | Purchase | 0.0575328230 | 18 | Medline - Suction Canisters - DYND44704 | | | 7.74 |
| E2402 | Neg press wound therapy pump | Purchase | 0.0072839705 | 18 | Blue Sky - Versatile 1 - 100.010 | | | 12000.0 |

**Form Approved OMB No. 0938-1016**

CLOSE

BROAD AND CASSEL
ATTORNEYS AT LAW

P.O. Box 14010
Fort Lauderdale, Florida 33302
Telephone: 954.764.7060
Facsimile: 954.761.8135
www.broadandcassel.com

ROBERT N. NICHOLSON
Direct Line: 954-745-5271
Direct Facsimile: 954-713-0973
Email: rnicholson@broadandcassel.com

September 28, 2007

**<u>VIA FACSIMILE AND U.S. MAIL</u>**

Mr. Javier Talamo, Esq.
Kravitz and Talomo., LLP
7600 West 20th Ave., Ste. 213
Hialeah, Florida 33016

Re: Coast to Coast Medical Equipment

Dear Mr. Talamo:

I write to inform you that Coast to Coast Medical Equipment is hereby withdrawing its request to participate in All Florida Network, Inc.'s competitive bid for the Medicare home medical equipment contract for the South Florida MSA/CBA.

If you have any questions concerning the foregoing, please do not hesitate to contact me.

Sincerely,

BROAD AND CASSEL

Robert Nicholson

RN:rn

cc: client

Composite Exhibit B to Jack Marquez Affidavit

COPY

**KRAVITZ & TALAMO L.L.P.**

Suite 213
7600 W 20 Avenue
Hialeah, Florida 33016
Email: Javier.talamo@yahoo.com

Javier Talamo
Tel: (305)558-5300
Fax: (305)557-1934

October 1, 2007

Certified Mail 70060810000492868289

CBIC
P.O.BOX 907
AUGUSTA, GA 30999-2743

Dear Sir/Madam:

This office represents Chori Chorp and All Florida Network Inc., a bidder in the competitive bid for the Medicare home medical equipment contract for the South Florida MSA/CBA. Chori Chorp's provider number is 1123190001 and their bidder number is 1000155.

This letter is to inform you that Coat to Coast Medical Equipment has informed the network that they are withdrawing their request to participate in All Florida's network competitive bid. Enclosed you will find a letter form Coast to Coast's attorney withdrawing their request to bid.

Please delete Coast to Coast from our bid. Below please find the information on the provider to be deleted:

COAST TO COAST
OWNER : JOSE TORRES
ADDRESS: 2887 SOUTHWEST 69 COURT, MIAMI, FLORIDA 33155
MEDICARE # 1110270001
NPI#1902835754
TAX # 650645366
PHONE # (305) 265-0600

If you have any questions on the foregoing do not hesitate to contact the undersigned at 305-558-5300 or Jack Marquez at 305-629-2633.

Cordially

Javier Talamo
Enclosure

UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0004 9286 8289**
Status: **Delivered**

Your item was delivered at 6:26 am on October 04, 2007 in AUGUSTA, GA 30901. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details > (?) Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

at&t [Print] [Close]

From: CBIC.ADMIN@palmettogba.com
To: JACK0708@BELLSOUTH.NET
Subject: FW:PROVIDER THAT WILL WITHDRAW FROM THE NETWORK
Date: Thu, 4 Oct 2007 16:01:50 +0000

Dear Mr. Marquez:

Thank you for notifying the CBIC of this matter regarding withdrawal from network membership and for the contact information provided.

Please continue to monitor www.dmecompetitivebid.com website for additional information.

Thank you.

This e-mail is confidential and subject to privilege:
http://www.PalmettoGBA.com/disclaimer

------------------( Forwarded letter 1 follows )---------------------
Subject: PROVIDER THAT WILL WITHDRAW FROM THE NETWORK
From: padministrator@www.pgba.com.PALM
To: cbic.admin
Date: Mon, 1 Oct 2007 12:57:25 -0400
X-HDT-HopCount: 1

Please email your response to JACK0708@BELLSOUTH.NET

Name: JACK MARQUEZ

THE FOLLOWING LETTER IS BEING MAIL TO CBID PALMETTO GBA. THE FOLLOWING PROVIDER HAS WITHDRAWED FROM THE NETWORK. THE BID NUMBERS WILL REMAIN THE SAME. PLEASE CALL ME IF ANY QUESTION AT (305) 629-2633 JACK MARQUEZ. THANKS
KRAVITZ & TALAMO L.L.P.
Suite 213
7600 W 20 Avenue
Hialeah, Florida 33016
Email: Javier.talamo@yahoo.com

Javier Talamo
Tel: (305)558-5300
Fax: (305)557-1934

October 1, 2007 Via Federal Express
CBID
BUILDING 200 SUITE 400
PERIMETER PARKWAY
AUGUSTA, GA 30909
Dear Sir/Madam:
This office represents Chori Chorp and All Florida Network Inc., a bidder in the competitive bid for the Medicare home medical equipment contract for the South Florida MSA/CBA. Chori Chorpâ€™s provider number is 1123190001 and their bidder number is 1000155.
This letter is to inform you that Coast to Coast Medical Equipment has informed the network that they are withdrawing their request to participate in All Floridaâ€™s network competitive bid. Enclosed you will find a letter form Coast to Coastâ€™s attorney withdrawing their request to bid.
Please delete Coast to Coast from our bid. Below please find the information on the provider to be deleted:
COAST TO COAST

OWNER : JOSE TORRES
ADDRESS: 2887 SOUTHWEST 69 COURT, MIAMI, FLORIDA 33155
MEDICARE # 1110270001
NPI#1902835754
TAX # 650645366
PHONE # (305) 265-0600
If you have any questions on the foregoing do not hesitate to contact the undersigned at 305-558-5300 or Jack Marquez at 305-629-2633.
Cordially
Javier Talamo
Enclosure

at&t

[Print] [Close]

From: CBIC.ADMIN@palmettogba.com
To: JACK0708@BELLSOUTH.NET
Subject: RE:COM BID ROUND 1
Date: Wed, 26 Mar 2008 18:47:23 +0000

Dear Jack:

Thank you for your inquiry to the DMEPOS Competitive Bidding Program.

Our records indicate you contacted our office on March 21, 2008, regarding financial documentation. Your issue has been forwarded to the financial analyst for the Competitive Bidding Implementation Contractor (CBIC) to verify every document received with your bidder number. CBIC will notify you by e-mail within thirty business days of the results of the research. We cannot advise of contract decisions until after the evaluation has been completed.

Sincerely,
Competitive Bidding Implementation Contractor
Palmetto GBA

This e-mail is confidential and subject to privilege:

http://www.palmettogba.com/disclaimer
-------------------( Forwarded letter 1 follows )---------------------
Subject: COM BID ROUND 1
From: padministrator@www.pgba.com.PALM
To: cbic.admin
Date: Wed, 26 Mar 2008 04:01:55 -0500
X-HDT-HopCount: 1

Please email your response to JACK0708@BELLSOUTH.NET

Name: JACK MARQUEZ

WHAT DOES "YOUR BID WILL BE REVIEWED WITHIN 30 DAYS" MEANS? WHAT TYPE OF NOTICE WILL BE RECEIVE (VIA FEDEXPRESS OR EMAIL?)WILL BIDS BE AWARDED AFTER THEY HAVE BEEN REVIEWED?

Exhibit C to Jack Marquez Affidavit

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| ALL FLORIDA NETWORK CORP., Plaintiff, | ) | Case No. 08 – 441 C |
| vs. | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, Defendant. | ) | |

## AFFIDAVIT OF MARK HIGLEY

STATE OF IOWA )

COUNTY OF BLACKHAWK )

I, MARK HIGLEY, being duly sworn, deposes and says as follows:

1. I am the Vice President of Development of VGM Group, Inc. ("VGM Group"), the nation's most comprehensive member service organization for independent Home Medical equipment (HME) providers. Founded in 1986, VGM now has more than 2,500 members in more than 5,000 locations nationwide, and provides a range of services to members. One such service – in light of the new Medicare competitive bidding system for certain durable medical equipment, prosthetics, orthotics and supplies ("DMEPOS" or "DME") called for by the Medicare Modernization Act of 2003 ("MMA") – is assisting members in the proper bidding procedures required by the MMA to ensure the most accurate bid possible and to review the financial



**de la O ▪ Marko ▪ Magolnick ▪ Leyton**
TELEPHONE 305/285-2000 3001 S.W. 3RD AVENUE, MIAMI, FLORIDA 33129 FACSIMILE 305/285-5555

documentation compiled by the members to ensure that it is complete prior to submission to CIBC[1] in hardcopy form.

## I. **BACKGROUND ON THE MEDICARE COMPETITIVE BIDDING PROGRAM.**

2. The bidding program is being implemented in phases. Round One, which takes place in 2007 – 2008, is going forward via Requests for Bids ("RFB") in 10 competitive bidding areas ("CBA"), drawn from ten of the largest metropolitan statistical areas ("MSA") in the nation, including the Miami-Fort Lauderdale-Miami Beach area.

3. Within a certain window of time, eligible bidders had to submit (a) an electronic bid for up to 10 product categories,[2] identifying the amount of Medicare reimbursement they are willing to accept for every item in a Product Category where the bidder wishes to supply DME products to Medicare beneficiaries, and (b) certain financial information in hardcopy form (such as financial statements and credit reports).

4. Winning bidders in a Product Category are selected by: (a) establishing a composite bid for each bidder;[3] (b) ranking composite bids in order from lowest to highest; and (c) selecting one of composite bid to be the "pivotal bid" (the lowest composite bid

---

[1] The Competitive Bidding Implementation Contractor ("CIBC") assists the Centers for Medicare and Medicaid Services ("CMS") in implementing the competitive bidding program called for by the MMA. The CBIC is Palmetto GBA. LLC, located in Columbia, SC.

[2] The product categories for the South Florida MSA are: (1) Oxygen Supplies and Equipment; (2) Standard Power Wheelchairs, Scooters, and Related Accessories, (3) Complex Rehabilitative Power Wheelchairs and Related Accessories, (4) Mail-Order Diabetic Supplies, (5) Enteral Nutrients, Equipment and Supplies, (6) Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Asset Devices (RAD), and Related Supplies and Accessories, (7) Hospital Beds and Related Accessories, (8) Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories, (9) Walkers and Related Accessories, and – for Miami and San Juan only – (10) Support Surfaces (group 2 and 3 mattress and overlays). ("Product Categories (1) – (10)," individually or "Product Categories," collectively).

[3] A composite bid is made up of (a) the predetermined weight of each item in a product category and (b) the corresponding bid amount for each item. Item (a) reflects the relative market importance of each item to the overall product category. Item (b) is the price the individual supplier is willing to provide for the item. The composite bid is calculated by multiplying (a) and (b) and summing across for all items in the product category. The item weights are the same for all bidders for the same product category. The total of all weights in a product category is equal to one (1).



**de la O ▪ Marko ▪ Magolnick ▪ Leyton**

TELEPHONE 305/285-2000 3001 S.W. 3RD AVENUE, MIAMI, FLORIDA 33129 FACSIMILE 305/285-5555

submitted for a product category that will, counting all bidders at or below that bid price, include a sufficient number of suppliers to meet Medicare-estimated beneficiary demand within the MSA for the items in that product category). Winning bidders are offered standardized contracts, with reimbursement rates fixed at the median of the bid prices that are at or below the pivotal bid.

## III. VGM GROUP ASSISTS PLAINTIFF IN CONNECTION WITH THE RFB ISSUED IN THE SOUTH FLORIDA CBA.

5. VGM Group agreed to assist Plaintiff, a network of DME providers planning to submit a bid in all 10 Product Categories in the Round One RFB (RFB No. CMS – 10169) issued in the South Florida CBA.

6. VGM reviewed Plaintiff's information and documentation to ensure that it was eligible to bid in the Round One competitive bidding program in the South Florida CBA. Our review confirmed that Plaintiff met all applicable enrollment, accreditation and financial criteria. Plaintiff was, in fact, eligible to bid.

7. Bidders in networks must not disclose certain bidding information to each other. Therefore, VGM sent individual worksheets to each of Plaintiff's providers. The worksheets are self-populating spreadsheets that identify each item (by HCPC code) in a Product Category and its then-current allowable Medicare price in Florida, and asks each supplier to fill-in how much of that item the supplier is able to supply to the CBA, and allows an option to either (a) enter the item's cost per unit, the operating cost per unit and the desired profit percentage per unit to generate the bid amount per item, or, (b) to apply a percentage discount to the current allowable Medicare price in Florida to generate the bid amount per item. Plaintiff's providers selected the percentage discount option. With that information, the worksheet generated a composite bid amount for the product category. That information was aggregated by VGM into a suggested Network

Bid for each Product Category that incorporated the data submitted by all providers in the Network After careful review and calibration to ensure that the numbers and capacity assessments were realistic and put Plaintiff in the best possible position to win the bid,[4] and, subsequent to the review and approval of the providers, a final composite bid was created.

8. At the same time, Plaintiff's providers gathered all the financial information that had to be submitted in hardcopy form along with the electronically-submitted bid. VGM used a checklist derived from the final rules governing the bidding process, identifying all the necessary documents that had to be submitted. *See* Ex. A.

9. VGM generated final bids for Plaintiff, and submitted them for Network approval to Jack Marquez, a principle of one of Plaintiff's providers and the person who would submit Plaintiff's final certified electronic bid. VGM confirmed with Plaintiff that the bid was timely submitted.

10. Contemporaneously, on July 19, 2007, VGM timely submitted, in a single package and via Federal Express Overnight Mail (Tracking No. (919138342200)), all the financial documents that CMS required in hardcopy form. Before sending it out, VGM compared what it received to its checklist, and satisfied itself that everything on its checklist had, in fact, been supplied by every supplier in Plaintiff's group.

11. VGM has since been advised that Plaintiff was disqualified from bidding, largely on the grounds that it did not submit all necessary financial documents, including income tax statements (sometimes for multiple years) from at least five of its members. But VGM was careful to ensure that these basic documents were, in fact, received from Plaintiff's members. We would not have sent the materials to CIBC without them.

[4] VGM also weighted the bids on each item based on the experience and track record of the provider, to bolster Plaintiff's (and CMS') confidence that Plaintiff is able to deliver the DME items subject to the bid.



de la O ▪ Marko ▪ Magolnick ▪ Leyton

TELEPHONE 305/285-2000 3001 S.W. 3RD AVENUE, MIAMI, FLORIDA 33129 FACSIMILE 305/285-5555

E. Product Category (5): 1.164 vs. 1.033.

F. Product Category (6): 107.678 vs. 106.582.

G. Product Category (7): 820.906 vs. 875.569.

H. Product Category (8): 116.910 vs. 104.762.

I. Product Category (9): 69.209 vs. 65.693.

J. Product Category (10): 3,326.138 vs. 4,315.468.

15. In those five Product Categories where Plaintiffs Composite Bid is lower than the Median Winning Composite Bid, Plaintiffs bid necessarily ranks among the lowest bids submitted by *winning* bidders in that Product Category. Thus, Plaintiff would have been among the winning bidders in those Product Categories but for its disqualification.

16. VGM believes that Plaintiff had a very good chance to be among the winning bidders in Product Category (5), (6) and (9), as well. It is VGM's understanding that – after certain bidders were disqualified – roughly 370 bids were considered in the South Florida CBA. A smaller pool of providers for CMS to choose from means a wider range of bid amounts from the winning bidders, because a larger percentage of the applicant pool must be chosen to serve the demand for DME products in the CBA (assuming more bidders would have submitted bids with roughly the same range of prices, CMS would have more applicants to choose from to serve the demand for DME products, and thus the pivotal bid price – which forms the basis for the Median Winning Composite Bid discussed above – would be lower). Since the range of bid prices CMS had to choose from was likely to be wide, the fact that Plaintiffs Composite Bid is slightly higher than the Median Winning Composite Bid in Product Category (5), (6) and (9)


de la O ▪ Marko ▪ Magolnick ▪ Leyton
TELEPHONE 305/285-2000 3001 S.W. 3RD AVENUE, MIAMI, FLORIDA 33129 FACSIMILE 305/285-5555

17. VGM also believes it likely that Plaintiff would have been a "winning bidder" in Product Category (8), even though there was a wider difference here between Plaintiff's Composite Bid and the Median Winning Composite Bid than was the case for the Product Categories discussed in ¶ 15, above. Product Category (8) is for negative pressure wound therapy, *e.g.*, suction pumps used to clean out or remove fluids from a wound site (thereby promoting wound healing). There are only four HCPC codes in this category, and doing this work requires intensive capital investment (the pumps cost roughly $17,000.00 each, and most providers buy dozens of them). For these reasons, VGM believes there were few providers bidding in this category (indeed, because of the capital investment needed to do this work, some commentators expressed doubts about whether negative pressure wound therapy would remain in the bidding competition). With few bidders, CMS would have likely had to reach into the upper end of the bidding range in order to satisfy capacity. Under these circumstances, VGM believes it likely that Plaintiff would have been among the winners in Product Category (8).


**de la O ▪ Marko ▪ Magolnick ▪ Leyton**
TELEPHONE 305/285-2000 3001 S.W. 3RD AVENUE, MIAMI, FLORIDA 33129 FACSIMILE 305/285-5555

18. The foregoing analysis would be a straightforward, easy mathematical calculation if CMS disclosed the necessary information (the actual pivotal bids), but it refuses to do so. Still, with the information we have, VGM can make intelligent assessments, and it is clear to us – and, indeed, it cannot be seriously disputed – that Plaintiff would have been among the winning bidders in at least Product Category (1) – (3), (7), and (10).

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.[6]

**DATED:** 06.17.08

**MARK HIGLEY**

[6] *See* 28 U.S.C. § 1746.