# In the United States Court of Federal Claims

Case No. 08-441C
(Filed: June 19, 2008)

****************************************************
ALL FLORIDA NETWORK CORPORATION, *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court held a telephonic status conference with the parties on June 19, 2008. During the status conference, the parties agreed to the following schedule for briefing the Government's pending motion to dismiss which was filed on June 18, 2008:

- Friday, June 20, 2008 — The Plaintiff shall file its Response to the Government's motion
- Monday, June 23, 2008 — The Government shall file its Reply to the Government's Response

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge