# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID DISPUTE

| | | |
|---|---|---|
| ALL FLORIDA NETWORK CORP. | ) | |
| | ) | Case No. 08-441c |
| Plaintiff, | ) | |
| | ) | Judge Baskir |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ABLECARE MEDICAL, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

## APPENDIX

Respectfully submitted,

s/ William P. McGrath, Jr.
William P. McGrath, Jr. (422160)
Porter Wright Morris & Arthur LLP
1919 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-3434
(202) 778-3000 / fax: (202) 778-3063

*Attorneys for Intervenor*
*Ablecare Medical, Inc.*

OF COUNSEL:

Kathleen M. Trafford
Ryan P. Sherman
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
(614) 227-2000 / fax: (614) 227-2100

June 23, 2008

Case No. 08-441c

# INDEX

**DOCUMENTS** **TAB**

Proposed Order ........ A

Motion to Dismiss Plaintiff's Complaint ........ B

June 16, 2008 Letter ........ C

June 16, 2008 Email ........ D

*Carolina Medical Sales, Inc., et al. v. Michael Leavitt, et al.*,
D. D.C. No. 07-1298, June 19, 2008 Decision ........ E

Respectfully submitted,

s/ William P. McGrath, Jr.
William P. McGrath, Jr. (422160)
Porter Wright Morris & Arthur LLP
1919 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-3434
(202) 778-3000 / fax: (202) 778-3063

*Attorneys for Intervenor*
*Ablecare Medical, Inc.*

OF COUNSEL:

Kathleen M. Trafford
Ryan P. Sherman
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
(614) 227-2000 / fax: (614) 227-2100

June 23, 2008

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been filed via the electronic filing system on June 23, 2008. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

s/ William P. McGrath, Jr.
William P. McGrath, Jr.