**APPENDIX TAB A TO**
**MOTION TO ABLECARE MEDICAL, INC. TO INTERVENE**

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID DISPUTE

| | | |
|---|---|---|
| ALL FLORIDA NETWORK CORP.<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>ABLECARE MEDICAL, INC.<br>Intervenor. | ) | Case No. 08-441c<br>Judge Baskir |

## ORDER

Pursuant to RCFC 24(a)(2) and 28 U.S.C. § 1491 App. C, and upon good cause shown, the motion of Ablecare Medical, Inc. ("Ablecare") for leave to intervene as a defendant in this action is hereby GRANTED. Accordingly, it is ORDERED that Ablecare is hereby GRANTED leave to intervene as a defendant.

The Clerk of Courts is hereby ORDERED to serve a copy of this entry upon all parties or counsel of record.

____________________ ____________________

Date Judge Baskir