**APPENDIX TAB B TO**
**MOTION TO ABLECARE MEDICAL, INC. TO INTERVENE**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID DISPUTE**

| | | |
|---|---|---|
| ALL FLORIDA NETWORK CORP. | ) | |
| | ) | Case No. 08-441c |
| Plaintiff, | ) | |
| | ) | Judge Baskir |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ABLECARE MEDICAL, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

**INTERVENING DEFENDANT ABLECARE MEDICAL, INC.'S MOTION TO DISMISS**

Pursuant to Rule of the United States Court of Federal Claims ("RCFC") 12(b)(1), Intervening Defendant Ablecare Medical, Inc. ("Ablecare") hereby moves to dismiss Plaintiff's Complaint. The grounds in support of this motion are set forth in the attached memorandum.

Respectfully submitted,

s/ William P. McGrath, Jr.

William P. McGrath, Jr. (422160)
Porter Wright Morris & Arthur LLP
1919 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-3434
(202) 778-3000 / fax: (202) 778-3063

*Attorneys for Intervenor Defendant*

OF COUNSEL:

Kathleen M. Trafford
Ryan P. Sherman
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
(614) 227-2000 / fax: (614) 227-2100

June 23, 2008

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID DISPUTE

| | | |
|---|---|---|
| ALL FLORIDA NETWORK CORP. | ) | |
| | ) | Case No. 08-441c |
| Plaintiff, | ) | |
| | ) | Judge Baskir |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ABLECARE MEDICAL, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

## MEMORANDUM IN SUPPORT OF ABLECARE MEDICAL, INC.'S MOTION TO DISMISS

This Court does not possess subject matter jurisdiction over Plaintiff's Complaint. As correctly set forth and more fully explained in the United States' Motion to Dismiss, Congress has explicitly precluded judicial or administrative review of bid awards made by CMS pursuant to the Competitive Acquisition Program ("CAP"). Specifically, 42 U.S.C. § 1395w-3(b)(10) provides that "[t]here shall be no administrative or judicial review under section 1395ff of this title, section 1395oo of this title or otherwise, of -- . . . (b) the awarding of contracts under this section." (Emphasis added).

Because Plaintiff's Complaint specifically seeks the awarding of a contract under CAP, the instant action is expressly precluded by statute.

Indeed, only four days ago, Judge Urbina of the United States District Court for the District of Columbia dismissed a similar challenge to the CAP program in *Carolina Medical Sales, Inc., et al., v. Michael Leavitt, et al.,* D. D.C. No. 07-1298 (attached in the Appendix at Tab E).[1] Judge Urbina dismissed the Complaint in its entirety, finding that the action was barred by 42 U.S.C. § 1395w-3(b)(10). In reaching his decision, Judge Urbina found that the statute was broadly worded and "indicate[d] a scheme <u>to insulate the entire program from review</u>." *Id.* at 13 (emphasis added).

Pursuant to the plain language of the statute, and for the reasons set forth in Judge Urbina's decision and the United States' Motion to Dismiss, Ablecare respectfully requests that Plaintiff's Complaint be dismissed.

---

1 This action and the *Carolina Medical* action represent two of the five federal lawsuits filed by disgruntled bidders seeking to dismantle the implementation of the CAP program.

Respectfully submitted,

s/ William P. McGrath, Jr.
William P. McGrath, Jr. (422160)
Porter Wright Morris & Arthur LLP
1919 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-3434
(202) 778-3000 / fax: (202) 778-3063

*Attorneys for Intervenor Defendant*
*Ablecare Medical, Inc.*

OF COUNSEL:

Kathleen M. Trafford
Ryan P. Sherman
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
(614) 227-2000 / fax: (614) 227-2100

June 23, 2008

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been filed via the electronic filing system on June 23, 2008. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

s/ William P. McGrath, Jr.
William P. McGrath, Jr.