**APPENDIX TAB C TO**
**MOTION TO ABLECARE MEDICAL, INC. TO INTERVENE**

**McGrath, William P. Jr.**

| | |
|---|---|
| **From:** | McGrath, William P. Jr. |
| **Sent:** | Monday, June 16, 2008 7:44 PM |
| **To:** | 'leyton@dmmllaw.com' |
| **Cc:** | Trafford, Kathleen M. |
| **Subject:** | All Florida Network Corp. – Pre-Suit Notification of Bid Protest |
| **Attachments:** | 3235_001.pdf |

3235_001.pdf (28 KB)

**BY FAX (305 285-5555) and E-MAIL (leyton@dmmllaw.com)**

Daniel L. Leyton, Esq.
de la O Marko Magolnick Leyton
3001 S.W. 3rd Avenue
Miami, FL 33129

Re: All Florida Network Corp. – Pre-Suit Notification of Bid Protest Against Round One DMEPOS Competitive Bidding Program, for the Miami Ft. Lauderdale-Miami Beach-FL Competitive Bidding Area

Dear Mr. Leyton:

The firm represents Ablecare Medical, Inc. ("Ablecare"), one of the successful bidder/offerors in Round One DMEPOS Competitive Bidding Program, for the Miami Ft. Lauderdale-Miami Beach-FL Competitive Bidding Area. We are in receipt of a copy of your Pre-Suit Notification letter to the Department of Justice's Commercial Litigation Branch dated June 13, 2008.

We hereby request that if you file any complaint, motion for injunctive relief or other pleadings regarding this matter or further correspond with the Department of Justice that you serve us with copies of such pleadings or correspondence by e-mail (to wmcgrath@porterwright.com and ktrafford@porterwright.com) to allow us to move to intervene and/or enter an appearance on behalf of Ablecare.

If you have any questions regarding this matter, please do not hesitate to contact me.

Bill McGrath
Porter Wright Morris & Arthur
1919 Pennsylvania Avenue NW
Suite 500
Washington, DC 20006-3434
202 778-3005 direct
202 778-3063 fax
wmcgrath@porterwright.com

# PORTER WRIGHT MORRIS & ARTHUR LLP

Attorneys & Counselors at Law

William P. McGrath, Jr.
202-778-3005
wmcgrath@porterwright.com

1919 Pennsylvania Avenue N.W.,
Suite 500
Washington, D.C. 20006-3434

Facsimile: 202-778-3063
Toll Free: 800-456-7962

June 16, 2008

**BY FAX (305 285-5555) and E-MAIL (leyton@dmmllaw.com)**

Daniel L. Leyton, Esq.
de la O Marko Magolnick Leyton
3001 S.W. 3rd Avenue
Miami, FL 33129

Re: All Florida Network Corp. – Pre-Suit Notification of Bid Protest Against Round One DMEPOS Competitive Bidding Program, for the Miami Ft. Lauderdale-Miami Beach-FL Competitive Bidding Area

Dear Mr. Leyton:

The firm represents Ablecare Medical, Inc. ("Ablecare"), one of the successful bidder/offerors in Round One DMEPOS Competitive Bidding Program, for the Miami Ft. Lauderdale-Miami Beach-FL Competitive Bidding Area. We are in receipt of a copy of your Pre-Suit Notification letter to the Department of Justice's Commercial Litigation Branch dated June 13, 2008.

We hereby request that if you file any complaint, motion for injunctive relief or other pleadings regarding this matter or further correspond with the Department of Justice that you serve us with copies of such pleadings or correspondence by e-mail (to wmcgrath@porterwright.com and ktrafford@porterwright.com) to allow us to move to intervene and/or enter an appearance on behalf of Ablecare.

If you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Bill McGrath

William P. McGrath, Jr.

cc: Kathleen M. Trafford
WPM