**APPENDIX TAB D TO**
**MOTION TO ABLECARE MEDICAL, INC. TO INTERVENE**

**McGrath, William P. Jr.**

**From:** Daniel L. Leyton [leyton@dmmllaw.com]
**Sent:** Monday, June 16, 2008 8:44 PM
**To:** McGrath, William P. Jr.
**Cc:** Trafford, Kathleen M.
**Subject:** Re: All Florida Network Corp. - Pre-Suit Notification of Bid Protest

Will do.

At 07:43 PM 6/16/2008, McGrath, William P. Jr. wrote:

<<3235_001.pdf>>

**BY FAX (305 285-5555) and E-MAIL ( leyton@dmmllaw.com )**

Daniel L. Leyton, Esq.
de la O Marko Magolnick Leyton
3001 S.W. 3rd Avenue
Miami, FL 33129

Re: All Florida Network Corp. – Pre-Suit Notification of Bid Protest Against Round One DMEPOS Competitive Bidding Program, for the Miami Ft. Lauderdale-Miami Beach-FL Competitive Bidding Area

Dear Mr. Leyton:

The firm represents Ablecare Medical, Inc. ("Ablecare"), one of the successful bidder/offerors in Round One DMEPOS Competitive Bidding Program, for the Miami Ft. Lauderdale-Miami Beach-FL Competitive Bidding Area. We are in receipt of a copy of your Pre-Suit Notification letter to the Department of Justice's Commercial Litigation Branch dated June 13, 2008.

We hereby request that if you file any complaint, motion for injunctive relief or other pleadings regarding this matter or further correspond with the Department of Justice that you serve us with copies of such pleadings or correspondence by e-mail (to wmcgrath@porterwright.com and ktrafford@porterwright.com ) to allow us to move to intervene and/or enter an appearance on behalf of Ablecare.

If you have any questions regarding this matter, please do not hesitate to contact me.

Bill McGrath
Porter Wright Morris & Arthur
1919 Pennsylvania Avenue NW
Suite 500
Washington, DC 20006-3434
202 778-3005 direct
202 778-3063 fax
wmcgrath@porterwright.com

**********Notice from Porter Wright Morris & Arthur LLP**********
This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

To comply with certain U.S. Treasury regulations, we inform you that any federal tax advice contained in this message, including attachments, is not a covered opinion as described in Treasury Department Circular 230 and therefore cannot be relied upon to

avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.
********************End of Notice********************

Daniel L. Leyton
**DE LA O, MARKO, MAGOLNICK & LEYTON**
3001 Southwest Third Avenue
Miami, Florida 33129
leyton@dmmllaw.com
telephone: 305.285.2000
facsimile: 305.285.5555