**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID DISPUTE**

| | | |
|---|---|---|
| ALL FLORIDA NETWORK CORP. | ) | |
| | ) | Case No. 08-441c |
| Plaintiff, | ) | |
| | ) | Judge Baskir |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ABLECARE MEDICAL, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

**DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Intervenor Ablecare Medical, Inc. hereby states that it is a nongovernmental corporate party that (a) does not have any parent corporation and (b) further states that there is no publicly traded corporation that owns 10% or more of Ablecare Medical, Inc.'s stock.

Respectfully submitted,

s/ William P. McGrath, Jr.
William P. McGrath, Jr. (422160)
Porter Wright Morris & Arthur LLP
1919 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-3434
(202) 778-3000 / fax: (202) 778-3063

*Attorneys for Intervenor*
*Ablecare Medical, Inc.*

OF COUNSEL:

Kathleen M. Trafford
Ryan P. Sherman
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
(614) 227-2000 / fax: (614) 227-2100

June 23, 2008

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing has been filed via the electronic filing system on June 23, 2008. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

s/ William P. McGrath, Jr.
William P. McGrath, Jr.