# In the United States Court of Federal Claims

Case No. 08-441C
(Filed: June 24, 2008)

*****************************************************
ALL FLORIDA NETWORK CORPORATION *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

This Order confirms that the Court will hold **oral argument (on the record) via telephone** regarding the Government's motion to dismiss. This telephonic oral argument is scheduled for **2:00 p.m. on Thursday, June 26, 2008.** The Defendant shall initiate the conference call with the Plaintiff before calling the Judge at (202) 357-6504.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge