# In the United States Court of Federal Claims

**No. 08-441 C**

**ALL FLORIDA NETWORK CORP.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order, filed June 26, 2008, granting the Government's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

John S. Buckley
Acting Clerk of Court

**June 26, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.